Donald J. Kennedy
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 238-8707
Fax: (212) 732-3232
*Attorneys for Petitioner Polsteam Shipping Company, Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In the Matter of the Arbitration,                          :
                                                           :
       -Between-                                           :
                                                           :
Polsteam Shipping Company, Limited,                        :
                                                           :   DISCLOSURE OF INTERESTED
                            Petitioner,                    :   PARTIES TO FEDERAL RULE 7.1
                                                           :
       -And-                                               :
                                                           :   08 Civ. 5372 (DAB)
Caytrans Project Services Ltd.,                            :
                                                           :
                            Respondent.                    :
                                                           :
-----------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Petitioner certifies that Polsteam Shipping Company, Limited is a private, nongovernmental party that has no publicly held corporate parents, subsidiaries, or affiliates.

No publicly held corporation owns 10% or more of the stock of Polsteam Shipping Company, Limited.

Dated: New York, New York
       June 12, 2008

By: _____
Donald J. Kennedy
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. 212-732-3200
Fax: 212-732-3232