Donald J. Kennedy
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 238-8707
Fax: (212) 732-3232
*Attorneys for Petitioner Polsteam Shipping Company, Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Arbitration,

-Between-

Polsteam Shipping Company, Limited,

                      Petitioner,

-And-

Caytrans Project Services Ltd.,

                      Respondent.

-------------------------------------------------------------X

NOTICE OF MOTION TO COMPEL ARBITRATION IN LONDON AND STAY ARBITRATION IN NEW YORK

08 Civ. 5372 (DAB)

S I R S:

    PLEASE TAKE NOTICE, that on the petition of Polsteam Shipping Company Limited, duly verified on the 12th day of June, 2008, the undersigned will move the above Court for the hearing of motions at the United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, on a date to be determined by Court, for an Order directing the respondent to proceed to arbitration in London and staying arbitration in

6340436.1

New York, all as described in the Petition filed herein, and for such other and further or different relief as the Court may deem just and proper.

Dated: New York, New York
      June 12, 2008

                              CARTER LEDYARD & MILBURN LLP
                              Attorneys for Petitioner Polsteam Shipping
                              Company, Limited

                              By: _____
                                  Donald J. Kennedy
                                  Two Wall Street
                                  New York, New York 10005
                                  Tel. (212) 238-8707
                                  Fax: (212) 732-3232

TO:

Patrick C. Crilley, Esq.
Richard A. Zimmerman, Esq.
Attorneys at Law
233 Broadway - Suite 2202
New York, New York 10279

6340436.1