Donald J. Kennedy
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 238-8707
Fax: (212) 732-3232
*Attorneys for Petitioner Polsteam Shipping Company, Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
In the Matter of the Arbitration,                                  :
                                                                   :   08 Civ.5372 (DAB)
               -Between-                                           :
                                                                   :
Polsteam Shipping Company, Limited,                                :
                                                                   :   <u>AFFIDAVIT OF SERVICE</u>
                              Petitioner,                          :
                                                                   :
               -And-                                               :
                                                                   :
Caytrans Project Services Ltd.,                                    :
                                                                   :
                              Respondent.                          :
                                                                   :
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

  JOSE L. ENCARNACION, being duly sworn deposes and says:

  1. I am over the age of eighteen years, am not a party to this proceeding and am employed by the law firm of Carter Ledyard & Milburn LLP, attorneys for the Petitioner.

6342091.1

2. On Thursday, June 12, 2008 at 4:00 P.M., I personally served true and correct copies of the Petition to Compel Arbitration in London and Stay Arbitration in New York; the Notice of Motion to Compel Arbitration in London and Stay Arbitration in New York; the Memorandum of Law in Support of Petition to Compel Arbitration in London and Stay Arbitration in New York; the Affidavit of Marek Tkaczuk, the Civil Cover Sheet, the Disclosure of Interested Parties to Federal Rule 7.1. Statement and copies of the individual rules of Judge Deborah A. Batts and Magistrate Gabriel W. Gorenstein upon the respondent Caytrans Project Services Ltd., by delivering and leaving said copies with Patrick Crilley, Esq., an attorney for respondent Caytrans Project Services Ltd., at Mr. Crilley's place of business located at 233 Broadway, New York, New York, who acknowledged that he was authorized to accept service of said papers on behalf of Caytrans Project Services Ltd.

3. I describe Patrick Crilley, Esq. as follows: a male Caucasian, approximately 43 years of age, weighing approximately 200 pounds, approximately 5'11" in height, having light brown hair and brown eyes.

_____
Jose L. Encarnacion

Sworn to before me this

16th day of June, 2008.

_____
Notary Public.

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate filed in New York County
Commission Expires April 18, 2010