Donald J. Kennedy
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 238-8707
Fax: (212) 732-3232
*Attorneys for Petitioner Polsteam Shipping Company, Limited*

USDC SDNY   BATTS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 24, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In the Matter of the Arbitration,

       -Between-

Polsteam Shipping Company, Limited,

                   Petitioner,

       -And-

                                               08 Civ. 5372 (DAB)

Caytrans Project Services Ltd.,

                   Respondent.
---------------------------------------------------------------X

## PLAINTIFFS' DISMISSAL OF PETITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Petitioner Polsteam Shipping Company, Limited, by its undersigned counsel, hereby voluntarily dismisses the petition filed herein. This dismissal is without prejudice, and without costs.

Respectfully Submitted,

Dated: June 18, 2008

By: _____
Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. (212) 238-8707
*Counsel for Petitioner Polsteam Shipping Company, Limited*

SO ORDERED:

*Deborah A. Batts*
U.S.D.J.   6/24/08

6342961.1